Entered on Docket
October 31, 2006
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: October 31, 2006

_____
EDWARD D. JELLEN
U.S. Bankruptcy Judge
_____

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 04-42949 J |
| MARY ALICE UNIACK, | Chapter 7 |
| Debtor./ | |

MEMORANDUM

Mary Alice Uniack, the above debtor ("Uniack"), has filed an ex parte motion to stay civil action No. C04-01887 entitled <u>Kay v. Uniack</u> pending in the Superior Court of California, Contra Costa County. The main focus of the motion is Uniack's allegation that the debts plaintiff James Kay ("Kay") claims she owes him were discharged in her bankruptcy case no. 04-42949 EDJ 7 entitled <u>In re Mary Alice Uniack</u>.

A review of the First Amended Complaint in the Superior Court action shows, however, that Kay is not seeking damages for any debts

MEMORANDUM

that were discharged in Uniack's bankruptcy case.[1]  Rather, he is seeking damages for debts that have not been discharged, i.e. debts that arose after May 26, 2004, the date of Uniack's chapter 7 petition.[2]  Therefore, this court declines to issue the requested stay.

\*\*END OF ORDER\*\*

---

[1] Bankruptcy Code § 727(b) provides that a discharge in a chapter 7 case applies only to debts in existence at the date of a voluntary petition.

[2] This court's jurisdiction to determine the dischargeability of debts of the type mentioned in Bankruptcy Code § 523(a)(6) (willful and malicious injury to person or property) is exclusive. See, e.g., In re Sassoon, 424 F.3d 864, 869 (9th Cir. 2005). The court notes that Kay did not file a complaint in this court to exclude any such debts from Uniack's discharge. Therefore any such debts that arose before May 26, 2004 were discharged.

MEMORANDUM 2

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | Mary Alice Uniack |
|   | 3360 Sweet Drive |
| 3 | Lafayette, CA 94549 |
| 4 | Marc TerBeek, Esq. |
|   | Mehlman TerBeek LLP |
| 5 | 2125 Oak Grove Road, Suite 125 |
|   | Walnut Creek, CA 94598 |
| 6 | |
|   | Office of the U.S. Trustee |
| 7 | 1301 Clay Street, Suite 690-N |
|   | Oakland, CA 94612 |
| 8 | |
|   | Lois I. Brady |
| 9 | Chapter 7 Trustee |
|   | 350 Frank H. Ogawa Plaza #702 |
| 10 | Oakland, CA 94612 |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
1300 Clay Street (2d fl.)
Oakland, CA. 94612

MEMORANDUM 3